FILED'09 MAR 23 13:49USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRUSTEES OF OREGON AND SOUTHWEST WASHINGTON PAINTERS PENSION TRUST FUND et al., | Civil No. 08-0465-HU |
| Plaintiffs, | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| v. | |
| HOWARD'S PAINTING SERVICE, INC. | |
| Defendant. | |

Plaintiffs and Defendant, by their attorneys, stipulate as follows:

1. The Lawsuit, including Defendant's Counterclaims, are dismissed with prejudice and without an award of attorneys' fees or costs to any party;

2. This Stipulated Judgment does not preclude Plaintiffs from conducting a payroll examination of Defendant's books and records for a time period after June 30,

PAGE 1   -   STIPULATED JUDGMENT OF DISMISSAL

Brownstein, Rask, Sweeney, Kerr, Grim, DeSylvia & Hay, LLP
1200 SW Main Street • Portland, OR 97205-2040
(503) 221-1772 • Fax (503) 221-1074

1  2008 and if fringe benefit contributions and/or union dues are found due and owing by

2  Defendant for a time period after June 30, 2008, Plaintiffs may file a lawsuit to collect the

3  fringe benefit contributions, and/or union dues or related charges allegedly due and

4  owing.

5      3.   This Stipulated Judgment does not preclude the Trustees of the Oregon and

6  Southwest Washington Painters Pension Trust Fund from filing a lawsuit against

7  Defendant and each person or entity that may be a trade or business and under common

8  control with Defendant for any withdrawal liability obligation of Defendant under the

9  Employee Retirement Income Security Act.

10  It is so stipulated:

11  BROWNSTEIN, RASK, SWEENEY, ET AL    SALMON CREEK LAW OFFICES

12

13  _____            _____
    Cary R. Cadonau, OSB #00224          Jonathan Gill, OSB #000469
14  Attorney for Plaintiffs              Attorney for Defendant

15

16  It is so ordered and adjudged this 23rd day of MARCH, 2009.

17

18                                       _____
                                         Dennis Hubel
19                                       United States Magistrate Judge

20

21

22  PAGE 2    -    STIPULATED JUDGMENT OF DISMISSAL